# EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 635 – 755

EFFECTIVE DATE OF REGISTRATION
**AUG 1 8 2004**
Month        Day        Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
EICHI HOSOMI   MAY/JUNE 2004 COLLECTION

NATURE OF THIS WORK ▼ See Instructions
FABRIC DESIGN

PREVIOUS OR ALTERNATIVE TITLES ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared   Title of Collective Work ▼
PLEASE SEE ATTACHED CONTINUATION SHEET  EXHIBIT A  FOR INDIVIDUAL ARTWORK TITLES
If published in a periodical or serial give   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2 a**

NAME OF AUTHOR ▼
STUDIO FIGLIO

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire" ?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ JAPAN
     Domiciled in ▶ JAPAN

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No    If the answer to either of these questions is "Yes" see detailed instructions
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture   ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire" ?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es)  See Instructions
☐ 3 Dimensional sculpture   ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork     ☐ Photograph       ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3 a**

Year in Which Creation of This Work Was Completed
2004 ◀ Year   This information must be given in all cases

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published
Month ▶       Day ▶       Year ▶       ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

TRENDTEX FABRICS  LTD
1928 KALANI STREET
HONOLULU, HI 96819

APPLICATION RECEIVED
AUG 1 8 2004
ONE DEPOSIT RECEIVED
AUG 1 8 2004
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
WRITTEN ASSIGNMENT OF COPYRIGHT

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                See detailed instructions   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT 1
14

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM VA**

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                     Account Number ▼
TRENDTEX FABRICS LTD                       DA087718

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
TRENDTEX FABRICS LTD
1928 KALANI STREET
HONOLULU HI 96819

Area code and daytime telephone number ▶ (808) 842 1356         Fax number ▶ (808) 842 0751
Email ▶

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **TRENDTEX FABRICS, LTD**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
DWIGHT K HAMAI                                                      Date ▶ 05/09/04

Handwritten signature (X) ▼
X  Dwight K Hamai

**9**
Certificate will be mailed in window envelope to this address
Name ▼
TRENDTEX FABRICS, LTD
Number/Street/Apt ▼
1928 KALANI STREET
City/State/ZIP ▼
HONOLULU HI 96819

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV June 1999
♻ PRINTED ON RECYCLED PAPER                        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

**EXHIBIT 1**
**15**

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA PA SE SR TX and VA only Indicate which basic form you are continuing in the space in the upper right hand corner
- If at all possible try to fit the information called for into the spaces provided on the basic form
- If you do not have enough space for all the information you need to give on the basic form use this Continuation Sheet and submit it with the basic form
- If you submit this Continuation Sheet clip (do not tape or staple) it to the basic form and fold the two together before submitting them
- Space A of this sheet is intended to identify the basic application Space B is a continuation of Space 2 on the basic application Space B is not applicable to Short forms
- Space C (on the reverse side of this sheet) is for the continuation of Spaces 1 4 or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA TX or VA

FORM VA/CON
UNITED STATES COPYRIGHT OFFICE

RI  VAu 635 – 755



PA PAU SE SEG SEU SR SRU TX TXU VA VAU

EFFECTIVE DATE OF REGISTRATION

AUG 1 8 2004
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED
AUG 1 8 2004

Page 3 of 4 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

IDENTIFICATION OF CONTINUATION SHEET This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work
- TITLE (Give the title as given under the heading Title of this Work in Space 1 of the basic form)

EICHI HOSOMI   MAY/JUNE 2004 COLLECTION

- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S) (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA TX or VA)

**B**
Continuation of Space 2

**d**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work AUTHOR S NATIONALITY OR DOMICILE
a work made for hire ?   Name of Country

☐ Yes       OR { Citizen of ▶ _____
☐ No             { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work AUTHOR S NATIONALITY OR DOMICILE
a work made for hire ?   Name of Country

☐ Yes       OR { Citizen of ▶ _____
☐ No             { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼   Year Died▼

Was this contribution to the work AUTHOR S NATIONALITY OR DOMICILE
a work made for hire ?   Name of Country

☐ Yes       OR { Citizen of ▶ _____
☐ No             { Domiciled in ▶ _____

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1 4 or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX or VA

**EXHIBIT 1**
**16**

CONTINUATION OF (Check which)  ☒ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

## "EXHIBIT A"

| MAY/JUNE 2004 COLLECTION ||||||
|---|---|---|---|---|---|
| EICHI HOSOMI ||||||
| 518 | F-014 | G-017 | G-042 | J-005A | J-032 |
| 90476 | F-015R | G-018 | G-043 | J-005B | J-033 |
| O-1220 | F-016 | G-019 | G-044 | J-006 | J-034 |
| AC-5680 | F-016R | G-020 | G-045 | J-007 | J-035 |
| ARC-142 | F-017R | G-021 | G-046 | J-008 | J036 |
| ASP-10218 | F-018R | G-022 | G-047 | J-009 | J-041 |
| ASP-8336 | F-019 | G-023 | G-048 | J-010 | J-042 |
| BB2251 | F-021 | G-024 | G-049A | J-011 | JK-450 |
| E-007R | F-021R | G-025 | G-049B | J-012 | JK-450R |
| E-020 | F-022 | G-026 | G-050 | J-014 | JK-PAN 1065 |
| E-022R3 | F-023 | G-027 | G-051 | J-015 | JY-001 |
| E4B09R | G-001 | G-028 | G-052 | J-016 | JY-002 |
| E4C33R | G-001R | G-030 | G-053 | J-017 | LB-2214 |
| EH-2B12R | G-002 | G-031 | G-054 | J-018 | LS-060 |
| EH-90362R | G-003 | G-031A | G-055 | J-020 | LS-080 |
| EH-90756 | G-004 | G-031B | G-056 | J-021 | P-1278 |
| EH-91027R | G-005A | G-032 | G-057 | J-022 | P-1593 |
| EH-91184R1 | G-005R | G-033 | GY-001 | J-022R | RSP-289 |
| F-006R | G-007 | G-034 | GY-002 | J-023 | RSP-41 |
| F-008 | G-008 | G-035 | GY-003 | J-024 | TA-1880 |
| F-009 | G-009 | G-036 | GY-004 | J-025B | YF-003 |
| F-010R | G-012 | G-037 | GY-005 | J-026 | YF-004 |
| F-011 | G-013 | G-038 | H-3498 | J-027 | YF-005 |
| F-011R | G-014 | G-039 | J-001 | J-028 | |
| F-011R2 | G-015 | G-039R | J-002 | J-029 | |
| F-012R | G-016 | G-040 | J-003 | J-030 | |
| F-013B | G-016R | G-041 | J-004 | J-031 | |

Certificate will be mailed in window envelope to this address

Name ▼
TRENDTEX FABRICS LTD

Number/Street/Apt ▼
1928 KALANI STREET

City/State/ZIP ▼
HONOLULU  HI 96819

**D**

November 1999—30,000
WEB REV June 1999

☻ PRINTED ON RECYCLED PAPER

✪U S GOVERNMENT PRINTING OFFICE  2000 461 113/78

EXHIBIT 1
17

**TRENDTEX FABRICS, Limited**
1928 Kalani Street • Honolulu, HI 96819-3270 • Tel: (808) 842-1356 • Facsimile: (808) 842-0751 • Email: trendtexf001@hawaii.rr.com



J-005A



J-004

**EXHIBIT 1**
**18**