# EXHIBIT 2



EXHIBIT 2
19